## MEMORANDUM DECISION

Pursuant to Ind. Appellate Rule 65(D),
this Memorandum Decision shall not be
regarded as precedent or cited before any
court except for the purpose of establishing
the defense of res judicata, collateral
estoppel, or the law of the case.



**FILED**

Jan 15 2020, 9:26 am

**CLERK**
Indiana Supreme Court
Court of Appeals
and Tax Court

| | |
|---|---|
| **APPELLANT PRO SE** | **ATTORNEY FOR APPELLEE** |
| Robert M. Sklar | Matthew J. Mize |
| North Manchester, Indiana | Law Offices of Matthew J. Mize, LLC |
| | North Manchester, Indiana |

# IN THE
# COURT OF APPEALS OF INDIANA

| | |
|---|---|
| Robert M. Sklar, | January 15, 2020 |
| *Appellant*, | Court of Appeals Case No. 19A-OV-2154 |
| v. | Appeal from the Wabash Superior Court |
| Town of North Manchester, | The Honorable Benjamin Vanderpool, Judge |
| *Appellee*. | Trial Court Cause No. 85D01-1906-OV-471 |

**Brown, Judge.**

On June 14, 2019, the Town of North Manchester (the "Town") filed an Information For Parking in a Posted No Parking Zone, Ordinance Violation 73.07 against Robert M. Sklar in the Wabash Superior Court under cause number 85D01-1906-OV-471. The trial court ultimately dismissed the information, which Sklar now appeals. For the reasons set forth in Sklar's appeal under 19A-OV-2157, which involves identical issues and arguments, we affirm the trial court.

Affirmed.

Baker, J., and Riley, J., concur.